EMANUEL M. GARFUNKEL and Another, Copartners, Doing Business as GARFUNKEL & JUSTMAN, Appellants, *v.* PENNSYLVANIA RAILROAD COMPANY and Another, Respondents.*

Supreme Court, Appellate Term, First Department, November 23, 1932.

* Appeal by defendants from judgment entered in favor of the plaintiffs and against the defendants on an assessment of damages by a jury in the Municipal Court of the City of New York, Borough of Manhattan, First District, on March 17, 1933, for $606.89, dismissed by order dated April 18, 1933.

*Emmet L. Holbrook,* for the appellants.

*Platt, Taylor & Walker* [*Roswell P. C. May* of counsel], for the respondent Pennsylvania Railroad Company.

*Madison G. Gonterman,* for the respondent New York, New Haven and Hartford Railroad Company.

PER CURIAM. Save for the question of damages, no triable issue was presented below and it was error, therefore, to deny plaintiffs' motion for summary judgment.

Order reversed, with ten dollars costs to appellants, and motion granted. Plaintiffs' damages to be assessed by the court below.

All concur; present, LYDON, LEVY and CALLAHAN, JJ.